IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

VANESSA L. ROBINSON                                            PLAINTIFF

VS.                                          CAUSE NO. 3:14-CV-00256-SA-SAA

YALOBUSHA GENERAL HOSPITAL
AND NURSING HOME and TERRY VARNER                  DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court has been notified that this case has been settled, and that the settlement has been finalized to the satisfaction of all parties, with each party to bear their own costs. The Court, therefore, dismisses this case in its entirety against both Defendants, with prejudice.

SO ORDERED, this the 7th day of January, 2016.

                                                      /s/ Sharion Aycock
                                                      SHARION AYCOCK
                                                      CHIEF JUDGE
                                                      UNITED STATES DISTRICT COURT
                                                      NORTHERN DISTRICT OF MISSISSIPPI

AGREED:

*/s/ Ron L. Woodruff*
Ron L. Woodruff, MS Bar No. 100391
WAIDE & ASSOCIATES, P.A.
Attorney for Plaintiff Vanessa L. Robinson

*/s/ Barbara Childs Wallace*
Barbara Childs Wallace, MS Bar No. 6728
WISE CARTER CHILD & CARAWAY, P.A.
Attorney for Defendant Yalobusha General Hospital and Nursing Home

*/s/ Peyton S. Irby, Jr.*
Peyton S. Irby, Jr., MS Bar No. 3029
THE KULLMAN FIRM, PLC
Attorney for Defendant Terry Varner